## IN IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLEVELAND MEDICAL DEVICES INC., an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESMED INC., a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 22-794 – GBW

## NON-PARTY APRIA HEALTHCARE LLC'S
## MOTION TO QUASH SUBPOENAS

Pursuant to Federal Rule of Civil Procedure 45(d)(3), non-party Apria Healthcare LLC ("Apria"), by and through their undersigned counsel, respectfully move the Court to enter an order quashing the subpoenas served upon for the reasons set forth in Apria's accompanying opening brief.

Apria initially filed this motion as a miscellaneous action in the District of Delaware and served on Cleveland Medical Devices Inc.'s counsel on Friday, August 18, 2023.  While Apria initially understood that the clerk would docket this motion in C.A. No. 22-794-GBW, Apria has now been directed to file this motion in C.A. No 22-794-GBW.

Dated: August 22, 2023

Respectfully submitted,

*/s/ Brian A. Biggs*
Brian A. Biggs (Bar No. 5591)
Angela C. Whitesell (Bar No. 5547)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147

Telephone: 302.468.5700
Facsimile: 302.394.2341
brian.biggs@us.dlapiper.com
angela.whitesell@us.dlapiper.com

*Attorneys for Non-Party Apria Healthcare*