IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLEVELAND MEDICAL DEVICES INC., an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESMED INC., a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-794 – GBW<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BRIAN A. BIGGS IN SUPPORT OF NON-PARTY
APRIA HEALTHCARE LLC'S MOTION TO QUASH SUBPOENAS**

I, Brian A. Biggs, hereby declare as follows:

1. I am an attorney with the law firm of DLA Piper LLP (US) ("DLA Piper"), counsel for Non-Party Apria Healthcare LLC. I have personal knowledge of the facts set forth in this declaration and, if called to testify, I could and would testify to such facts under oath.

2. Attached to this declaration are true and correct copies of the following exhibits:

| Exhibit | Description |
|---|---|
| 1 | CleveMed's Subpoena *Duces Tecum* to Apria Healthcare LLC, issued August 14, 2023. |
| 2 | CleveMed's Subpoena *Ad Testificandum* to Apria Healthcare LLC, issued August 14, 2023. |
| 3 | Email thread between B. Wells of CleveMed and D. Knudson with subject line "CleveMed v. ResMed – Subpoena to Apria Healthcare" dated August 8, 2023. |
| 4 | Letter from D. Knudson to J. Gilbert dated August 17, 2023. |
| 5 | CleveMed's Subpoena *Duces Tecum* to Apria Healthcare Group LLC, issued July 12, 2023. |

| 6 | CleveMed's Subpoena *Ad Testificandum* to Apria Healthcare Group LLC, issued July 12, 2023. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of August, 2023, at Wilmington, Delaware.

                                                    */s/ Brian A. Biggs*
                                               Brian A. Biggs (Bar No. 5591)