IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLEVELAND MEDICAL DEVICES INC., an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESMED INC., a Delaware Corporation,<br><br>Defendant. | C.A. No. 22-794 – GBW |

## APRIA HEALTHCARE LLC'S RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Apria Healthcare LLC ("Apria") states that it is a wholly-owned subsidiary of Apria Healthcare Group LLC, which is a wholly-owned subsidiary of Apria Holdco LLC, which is a wholly-owned subsidiary of Apria, Inc. No publicly held corporation owns 10% or more of Apria Inc's stock.

Dated: August 22, 2023

/s/ Brian A. Biggs
Brian A. Biggs (Bar No. 5591)
Angela C. Whitesell (Bar No. 5547)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302.468.5700
Facsimile: 302.394.2341
brian.biggs@us.dlapiper.com
angela.whitesell@us.dlapiper.com

*Attorneys for Non-Party Apria Healthcare LLC*