

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Philip A. Rovner
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

August 23, 2023

**BY CM/ECF AND HAND DELIVERY**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      Re:   *Cleveland Medical Devices Inc. v. ResMed Inc.,*
             D. Del. C.A. No. 22-794-GBW

Dear Judge Williams:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on July 14, 2023 and August 21, 2023:

| | |
|---|---|
| Delaware Counsel: | Philip Rovner (Cleveland Medical Devices Inc.) |
| | Jonathan Choa (Cleveland Medical Devices Inc.) |
| | Angela Whitesell (ResMed Inc.) |
| | |
| Lead Counsel: | Benu Wells (Cleveland Medical Devices Inc.) |
| | Jennifer Gilbert (Cleveland Medical Devices Inc.) |
| | Missy Brenner (Cleveland Medical Devices Inc.) |
| | David Knudson (ResMed Inc.) |

    The disputes requiring judicial attention concern ResMed's responses to Interrogatory No. 8 regarding data collection from the accused products, and Interrogatory Nos. 16-19 regarding studies and analyses involving the accused products.

                                  Respectfully,

                                  */s/ Philip A. Rovner*

                                  Philip A. Rovner

cc:    All Counsel of Record (by ECF)