IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLEVELAND MEDICAL DEVICES INC., an Ohio Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>RESMED INC., a Delaware Corporation,<br><br>          Defendant. | C.A. No. 22-794-JLH |

## MOTION FOR TELECONFERENCE
## TO RESOLVE MOTIONS TO STRIKE

Plaintiff Cleveland Medical Devices Inc. ("CleveMed") and Defendant ResMed Inc. ("ResMed") respectfully move this Court to schedule a teleconference to address motions to strike expert reports that each party seeks to raise.

Specifically, CleveMed seeks to strike the following:

- Invalidity opinions of Drs. Jensen, Schwartz and Hu based on asserted prior art references and theories that CleveMed contends ResMed is not permitted to assert;

- Ms. Rowe's damages opinions based on alleged noninfringing alternatives;

- Inequitable conduct opinions of Mr. Irving that CleveMed contends are not included in his report;

- Overlapping opinions of Drs. Jensen, Schwartz and Hu concerning invalidity and noninfringement of the '269 Patent; and

- Invalidity opinions of Dr. Schwartz that incorporate exhibits to his report.

ResMed seeks to strike the following:

- Dr. Jafari's opinions regarding the terms, "base station" and "airflow sensor" that ResMed contends are new;

- Dr. Jafari's opinions regarding divided and induced infringement that ResMed contends are new;

- Opinions and evidence of Dr. Jafari that ResMed contends he asserts for the first time in his Reply Expert Report; and

- Dr. D'Ambrosio's opinions regarding divided infringement, inducement, and doctrine of equivalents.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on January 18 and March 7, 2024:

Delaware Counsel:  Philip Rover (CleveMed); Angela Whitesell (ResMed)

Lead Counsel:  Benu Wells (CleveMed); David Knudson (ResMed)

The parties are available for a teleconference on the following dates: April 19, April 22, or April 26, 2024.

Dated: March 13, 2024
11377386

| POTTER ANDERSON & CORROON LLP | DLA PIPER LLP (US) |
|---|---|
| By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>provner@potteranderson.com | By: */s/ Angela C. Whitesell*<br>Brian A. Biggs (Bar No. 5591)<br>Angela C. Whitesell (Bar No. 5547)<br>Matthew S. Middleton (Bar No. 6877)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801-1147<br>(302) 468-5700<br>brian.biggs@us.dlapiper.com<br>angela.whitesell@us.dlapiper.com<br>matthew.middleton@dlapiper.com |
| *Attorneys for Plaintiff*<br>*Cleveland Medical Devices Inc.* | *Attorneys for Defendant ResMed Inc.* |